1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SERGEY BAYADOVSKIY,                    No. 2:24–cv–3687–SCR

12                     Plaintiff,           ORDER GRANTING IFP AND
                                            DIRECTING E-SERVICE
13         v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                       Defendant.
16

17         Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  *See*

18   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19   security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted an

20   affidavit, averring that he is unable to pay the costs of this proceeding.  Accordingly, IT IS

21   HEREBY ORDERED that:

22         1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23         2.    The Clerk of Court is directed to issue a summons for this case;

24         3.    In keeping with the court's e-service procedure for Social Security cases, service

25               on the defendant Commissioner of Social Security Administration shall proceed

26               under the court's E-Service program as follows.  Once a summons is issued, the

27   _____

28   [1] Actions involving review of Social Security decisions are referred to a magistrate judge
     pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

                                            1

1    Clerk of Court shall deliver to the Commissioner of Social Security

2    Administration and the United States Attorney's Office at their designated email

3    addresses a notice of electronic filing of the action along with the summons and

4    complaint.  The Commissioner has agreed not to raise a defense of insufficient

5    service of process if provided with notice of a complaint as detailed in this order.

6    This order is not intended to prevent parties from making any other motions that

7    are appropriate under the Federal Rules of Civil Procedure; and

8        4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

9    IT IS SO ORDERED.

10   DATED: May 14, 2025

11

12   SEAN C. RIORDAN

13   UNITED STATES MAGISTRATE JUDGE