JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
SERGEY BAYADOVSKIY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| SERGEY BAYADOVSKIY, | No.   2:24-cv-003687-SCR |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to December 12, 2025.

This would be a first extension, of just 10 days. The request is made because 14 days is insufficient time for plaintiff's counsel to finish other briefs and devote appropriate time to this one.

[Pleading Title] - 1

Dated:  November 26, 2025                           /s/    *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff

Dated:  November 26, 2025                            */s/ per e-mail authorization*
                                                    KAITLIN H. WOLF
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to December 12, 2025.

SO ORDERED.

Dated: December 1, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE